632 A.2d 306

COMMONWEALTH of Pennsylvania, Appellee,

v.

James Melvin SMITH, Appellant.

Supreme Court of Pennsylvania.

Argued March 9, 1993.

Decided Nov. 1, 1993.

Charles R. Gority, Jr., Hollidaysburg, for appellant.

William J. Haberstroh, Dist. Atty., David C. Gorman, First Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.